**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CAROLYN MINOR,**

    **Plaintiff,**　　　　　　　　　　**CASE NO. 8:17-CV-00427-VMC-TGW**

**vs.**

**DFS SERVICES, LLC,**

    **Defendant.**
_____/

## JOINT STIPULATION TO DISMISS CASE WITHOUT PREJUDICE

The Parties, Carolyn Minor and DFS Services, LLC, jointly stipulate that this case be dismissed without prejudice. Each party shall bear its own fees and costs, and no fees and costs incurred in this lawsuit shall be assessed against either party in any other potential future lawsuit.

Stipulated on: July 26, 2017.

| | |
|---|---|
| /s/ Jason A. Herman | /s/ Justin L. Dees |
| Jason A. Herman, Esq. | Justin L. Dees, Esq. |
| Florida Bar No. 0016086 | Florida Bar No. 48033 |
| jason@hermanwells.com | jdees@trenam.com |
| Herman & Wells, P.A. | Trenam, Kemker, Scharf, Barkin, |
| 5701 Park Blvd. N. |     Frye, O'Neill & Mullis, P.A. |
| Pinellas Park, FL 33781 | 200 Central Avenue, Suite 1600 |
| (727) 821-3195 (phone) | St. Petersburg, FL 33701 |
| *Attorney for Plaintiff* | (727) 896.7171 (phone) |
| | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed on July 26, 2017, with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to Justin L. Dees, Esquire, Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., 200 Central Avenue, Ste. 1600, St. Petersburg, FL  33701 at jdees@trenam.com.

/s/ Jason A. Herman
Attorney